Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Diego** | **L** | **Ospina** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number **6:18-bk-03304**

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1** **205 Robin Lee Road**
Street address, if available, or other description

_____

**Oviedo, FL 32765**
City                State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$225,821.00**

Current value of the portion you own? **$225,821.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2** **539 Tabatha Dr**
Street address, if available, or other description

_____

**Osteen, FL 32764**
City                State    ZIP Code

**Volusia**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**Lien paid by the Land Trust**

**Source of Value:**
**Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$480,000.00**

Current value of the portion you own? **$480,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Land Trust**

☐ Check if this is community property (see instructions)

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **6:18-bk-03304**

---

**1.3** **0 Tropicana Dr**
Street address, if available, or other description

**Indian Lake Estates, FL 33855**
City          State     ZIP Code

**Polk**
County

**What is the property?** Check all that apply.
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $4,000.00
**Current value of the portion you own?** $4,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Vacant Land**

- [ ] **Check if this is community property** (see instructions)

---

**1.4**
Street address, if available, or other description

**Miami Beach, FL**
City          State     ZIP Code

County

**What is the property?** Check all that apply.
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [x] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** unknown
**Current value of the portion you own?** unknown

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Newport Miami Beach Timeshare**

- [ ] **Check if this is community property** (see instructions)

---

**1.5**
Street address, if available, or other description

**Cancun,**
City          State     ZIP Code

County

**What is the property?** Check all that apply.
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** unknown
**Current value of the portion you own?** unknown

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Timeshare- Cancun**

- [ ] **Check if this is community property** (see instructions)

| Debtor 1 | Diego | | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Abelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  **6:18-bk-03304**

---

**1.6**  **316 Groveland St**
Street address, if available, or other
description

_____

**Orlando, FL 32804**
City                State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other _____**Business Bldg**_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$520,000.00** | **$520,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Business Bldg. held through Doc's Choice LLC**

☐ **Check if this is community property**
   (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................................................

→ | **$1,229,821.00** |

---

| Debtor 1 | **Diego** | **L** | **Ospina** |
|----------|-----------|-------|------------|
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **6:18-bk-03304**

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.6 Make: __Suzuki__

Model: __VL__

Year: __2005__

Approximate mileage: _____

Other information:

VIN: JS1VS55A752103064

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,750.00**

Current value of the portion you own? **$2,750.00**

If you own or have more than one, list here:

3.7 Make: __Chevy__

Model: __Captiva__

Year: __2014__

Approximate mileage: _____

Other information:

VIN: 3GNAL4EKS555703

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,200.00**

Current value of the portion you own? **$8,200.00**

3.1 Make: __Dodge__

Model: __Ram (Lease)__

Year: __2016__

Approximate mileage: __60,000__

Other information:

VIN: 1C6RR7PT9G8419329

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1.00**

Current value of the portion you own? **$1.00**

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number (if known) **6:18-bk-03304**

---

3.2 Make: **Harley Davidson**

Model: **Softail**

Year: **2014**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$8,250.00**

Current value of the portion you own?
**$8,250.00**

---

3.3 Make: **Chevy**

Model: **C10**

Year: **1966**

Approximate mileage: _____

Other information:
VIN: C1446A161647

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$14,500.00**

Current value of the portion you own?
**$14,500.00**

---

3.4 Make: **Ford**

Model: **Cabriolet**

Year: **1936**

Approximate mileage: _____

Other information:
VIN: 3150965

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$42,500.00**

Current value of the portion you own?
**$21,250.00**

---

3.5 Make: **Trailer**

Model: _____

Year: **2008**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$2,250.00**

Current value of the portion you own?
**$2,250.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **6:18-bk-03304**

---

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................................... → | **$57,201.00** |

| Part 3: | *Describe Your Personal and Household Items* |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

    *Examples:*   Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe........ | See Attached. |                    **$8,040.00**

7.  **Electronics**

    *Examples:*   Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☑ No
    ☐ Yes. Describe........

8.  **Collectibles of value**

    *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe........

9.  **Equipment for sports and hobbies**

    *Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe........

10.  **Firearms**

    *Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........

11.  **Clothes**

    *Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe........

12.  **Jewelry**

    *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe........

---

Debtor 1      **Diego**                    **L**                **Ospina**
Debtor 2      **Maria**                    **C**                **Ospina-Arbelaez**
              First Name          Middle Name        Last Name          Case number *(if known)* **6:18-bk-03304**

---

13. **Non-farm animals**

    *Examples:*    Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........    [                                                              ]    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    [                                                              ]    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ................................................................➜    | $8,040.00 |

---

### Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*    Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes..................................................................................................    Cash..............    _____

17. **Deposits of money**

    *Examples:*    Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other
    similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

                                        Institution name:

    17.1. Checking account:    **Bank of America W 5115**                  $598.01

    17.2. Checking account:    **Bank of America 1205**                    $1,736.88

    17.3. Savings account:     _____            _____

    17.4. Savings account:     _____            _____

    17.5. Certificates of deposit:  _____       _____

    17.6. Other financial account:  _____       _____

    17.7. Other financial account:  _____       _____

---

| Debtor 1 | Diego | L | Ospina | | |
|---|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* **6:18-bk-03304** |

17.8. Other financial account: _____    _____

17.9. Other financial account: _____    _____

**18.   Bonds, mutual funds, or publicly traded stocks**

*Examples:*    Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...................

**19.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific
information about
them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Doc's Choice LLC Holding Company for Business Bldg at 316 Groveland Street Orlando, FL 32804** | **100**       % | **unknown** |

**20.   Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them...................

**21.   Retirement or pension accounts**

*Examples:*    Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account
separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Dental Care Alliance 401k Plan- Voya W** | **$3,331.80** |
| 401(k) or similar plan: | **Dental Care Alliance 401k Plan- Voya H** | **$29,540.00** |

**22.   Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...................

**23.   Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...................

**24.   Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...................

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **6:18-bk-03304**

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

_____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..........

_____

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **6:18-bk-03304**

---

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes.  Name the insurance company
    of each policy and list its value....     Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes.  Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................. ➔     $41,181.93

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

---

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* 6:18-bk-03304 |

☑ No
☐ Yes. Describe........

_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe........    2002 NewTom Dental Volumetric Tomograph, model no: QR-DVT-9000, s/n: NT011147 and table (machine not properly stored)    $7,500.00

**41. Inventory**

☑ No
☐ Yes. Describe........

_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes. Describe........

_____

**44. Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information.........

Designer Smiles Dental, PLLC    unknown

_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................ →    $7,500.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:*   Livestock, poultry, farm-raised fish

☑ No
☐ Yes.......................

_____

| Debtor 1 | **Diego** | **L** | **Ospina** | |
|---|---|---|---|---|
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **6:18-bk-03304**

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes........................    See Attached.    $6,750.00

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.**................................................➔    $6,750.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**................➔    $0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**................................................................➔    $1,229,821.00

56. **Part 2: Total vehicles, line 5**    $57,201.00

57. **Part 3: Total personal and household items, line 15**    $8,040.00

58. **Part 4: Total financial assets, line 36**    $41,181.93

59. **Part 5: Total business-related property, line 45**    $7,500.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $6,750.00

| | | | |
|---|---|---|---|
| Debtor 1 | **Diego** | **L** | **Ospina** |
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **6:18-bk-03304**

---

61.    **Part 7: Total other property not listed, line 54**     +_____ $0.00

62.    **Total personal property.** Add lines 56 through 61..............     |_____ $120,672.93|    Copy personal property total ➔  + _____ $120,672.93

63.    **Total of all property on Schedule A/B.** Add line 55 + line 62...............................................................................     |_____ $1,350,493.93|

---

| Debtor 1 | **Diego** | **L** | **Ospina** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **6:18-bk-03304** |

# SCHEDULE A/B: PROPERTY
## Continuation Page

| | | |
|---|---|---:|
| 6. | **Household goods and furnishings** | |
| | **Household Goods & Furnishings located at 205 Robin Lee Rd (See appraisal report for breakdown)** | $2,325.00 |
| | **Household Goods & Furnishings at 539 Tabatha Dr (see appraisal report for breakdown)** | $5,715.00 |
| | | |
| 17. | **Deposits of money** | |
| | Checking account: **Bank of America 5144** | $5,953.65 |
| | Checking account: **Bank of America 4703** | ($12.00) |
| | Checking account: **Wells Fargo Designer Smiles PA 7943** | ($14.00) |
| | Checking account: **Wells Fargo- CJR Holdings, LLC 8410** | $22.00 |
| | Checking account: **Wells Fargo- C&C Corporate Holding Group Inc 6344** | $25.59 |
| | | |
| 49. | **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade** | |
| | **Kawasaki Mule 600 side x side** | $4,500.00 |
| | **Gravely 250Z zero turn mower** | $2,250.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Diego** | **L** | **Ospina** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number **6:18-bk-03304**
(if known)

☑ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Chrysler Financial/TD Auto Finance
Creditor's Name

Po Box 9223
Number        Street

Farmington Hills, MI 48333
City                              State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
   community debt**

**Date debt was incurred**
Dec 01, 2005

**Describe the property that secures the claim:**

2016 Dodge Ram (Lease)

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   Lease

**Last 4 digits of account number** 4 _ 2 _ 4 _ 7

| $48,258.75 | $1.00 | $48,257.75 |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $48,258.75 |
|---|---|

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number (if known) 6:18-bk-03304

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** DC & EK Holdings, LLC
Creditor's Name

PO Box 940867
Number          Street

Maitland, FL 32794
City                    State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

316 Groveland St Orlando, FL 32804

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $374,500.00
Column B: $520,000.00
Column C: $0.00

**2.3** Everbank Commercial Finance, Inc.
Creditor's Name

10 Waterview Blvd
Number          Street

Parsippany, NJ 07054
City                    State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

2002 NewTom Dental Volumetric Tomograph, model no: QR-DVT-9000, s/n: NT011147 and table (machine not properly stored)

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown
Column B: $7,500.00
Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $374,500.00 |
|---|---|

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | Case number (if known) 6:18-bk-03304 |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.4** Harbin, Billy & Sophia
Creditor's Name

6728 Sylvan Woods Dr
Number          Street

Sanford, FL 32771
City                          State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

539 Tabatha Dr Osteen, FL 32764

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.4 | $350,683.25 | $480,000.00 | $0.00 |

---

**2.5** Indian Lakes Estates, Inc.
Creditor's Name

Po Box 7395
Number          Street

Indian Lk Est, FL 33855-7395
City                          State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

0 Tropicana Dr Indian Lake Estates, FL 33855

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.5 | $1,556.01 | $4,000.00 | $1,556.01 |

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $352,239.26 |
|---|---|

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6** Newport Miami Beach Condo Assoc
Creditor's Name

16701 Collins Ave # 100
Number        Street

Sunny Isl Bch, FL 33160-4201
City                              State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**

Miami Beach, FL

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Last 4 digits of account number** ___ ___ ___ ___

| | $3,109.85 | $0.00 | $3,109.85 |
|---|---|---|---|

**2.7** OneMain Financial
Creditor's Name

Po Box 1010
Number        Street

Evansville, IN 47706
City                              State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Feb 01, 2017

**Describe the property that secures the claim:**

2014 Harley Davidson Softail

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Last 4 digits of account number** 7 3 7 8

| | $7,859.00 | $8,250.00 | $0.00 |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $10,968.85 |
|---|---|

| Debtor 1 | Diego | L | Ospina |
|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez |
| | First Name | Middle Name | Last Name |

Case number (if known) 6:18-bk-03304

| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8** Palace Elite
Creditor's Name

Controladora IHC, SA de CV

PO Box 35444
Number          Street

Las Vegas, NV 89133
City          State          ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

Cancun

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $5,726.90    Column B: $0.00    Column C: $5,726.90

**2.9** Polk County Tax Collector
Creditor's Name

Joe G Tedder

PO Box 1189
Number          Street

Bartow, FL 33831
City          State          ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $79.97    Column B: $0.00    Column C: $79.97

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $5,806.87

| Debtor 1 | Diego | L | Ospina |
|---|---|---|---|
| Debtor 2 | Maria | | Ospina-Arbelaez |
| | First Name | Middle Name | Last Name |

Case number (if known) 6:18-bk-03304

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.10** Santander Consumer USA
Creditor's Name

Po Box 961275
Number        Street

Fort Worth, TX 76161
City                State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred
Sep 01, 2016

**Describe the property that secures the claim:**

2014 Chevy Captiva

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 1   0   0   0

Column A: $12,000.00
Column B: $8,200.00
Column C: $3,800.00

---

**2.11** Wells Fargo Bank, NA
Creditor's Name

MAC N9777-112

PO Box 5169
Number        Street

Sioux Falls, SD 57117
City                State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred
_____

**Describe the property that secures the claim:**

205 Robin Lee Road Oviedo, FL 32765

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 1   9   9   8

Column A: $13,982.96
Column B: $225,821.00
Column C: $13,982.96

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $25,982.96

| Debtor 1 | Diego | L | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number (if known) 6:18-bk-03304

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.12** Wells Fargo Home Mor
Creditor's Name

8480 Stagecoach Cir
Number          Street

Frederick, MD 21701
City                    State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**
Nov 01, 2005

**Describe the property that secures the claim:**

205 Robin Lee Road Oviedo, FL 32765

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 7   6   7   6

| Column A | Column B | Column C |
|---|---|---|
| $319,238.00 | $225,821.00 | $93,417.00 |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $319,238.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,136,994.69 |

| Debtor 1 | Diego | | Ospina | |
|---|---|---|---|---|
| Debtor 2 | Maria | L | Ospina-Arbelaez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* 6:18-bk-03304

---

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1   Eric B Zweibel, PA

Name

8751 W Broward Blvd Ste 100

Number        Street



Plantation, FL 33324-2630

City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?**    3

**Last 4 digits of account number** ___ ___ ___ ___

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | **Diego** | **L** | **Ospina** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of Florida** | |
| Case number (if known) | **6:18-bk-03304** | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| **1. *Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................ | $1,229,821.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $120,672.93 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................ | $1,350,493.93 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $1,136,994.69 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | + $239,514.66 |
| **Your total liabilities** | $1,376,509.35 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $31,400.68 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.............................................................................. | $10,774.06 |

| Debtor 1 | Diego | L | Ospina |
|---|---|---|---|
| Debtor 2 | Maria | C | Ospina-Arbelaez |
| | First Name | Middle Name | Last Name |

Case number *(if known)*  6:18-bk-03304

---

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑  Yes

7. **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$43,457.29

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

Fill in this information to identify your case:

| Debtor 1 | **Diego** | **L** | **Ospina** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Maria** | **C** | **Ospina-Arbelaez** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:        **Middle District of Florida**

Case number        **6:18-bk-03304**
(if known)

☑ Check if this is an
   amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.**

X /s/ Diego L Ospina _____        X /s/ Maria C Ospina-Arbelaez _____
Diego L Ospina, Debtor 1, Debtor 1                Maria C Ospina-Arbelaez, Debtor 2

Date  10/22/2018 _____                Date  10/22/2018 _____
     MM/ DD/ YYYY                                MM/ DD/ YYYY