Fill in this information to identify your case:

Debtor 1: Diego L Ospina

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:19-bk-05155-KSJ (If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets — Value of what you own**

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................. $705,821.00
   1b. Copy line 62, Total personal property, from Schedule A/B.................................................. $88,795.53
   1c. Copy line 63, Total of all property on Schedule A/B............................................................ $794,616.53

### Part 2: Summarize Your Liabilities

**Your liabilities — Amount you owe**

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D............ $1,263,353.17

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F......................... $668,167.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F..................... + $803,298.94

   **Your total liabilities**  $2,734,819.11

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................... $0.00

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................ $0.00

| Debtor 1 | Diego L Ospina | | | Case number (if known) 6:19-bk-05155-KSJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    $ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 668,167.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 668,167.00 |

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 2 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Diego L. Ospina,

Case No. 6:19-bk-05155-KSJ
Chapter 7

Debtor.
_____/

### AMENDED SCHEDULE D
### (Deleted Creditors)

Pursuant to Local Rule 1009-1(b), the Debtor gives notice that the following creditors are hereby **deleted** from the Debtor's Schedule D (Doc. 74), because these creditors are creditors of the joint Debtor, Maria C. Ospina- Arbelaez, when the case was originally filed as Case No.: 6:18-bk-03304-KSJ and are not creditors of Diego L. Ospina:

**Schedule D (deleted creditors from Doc. 74):**

| Part No. | Creditor name and address | Last 4 digits of account number |
|---|---|---|
| 2.1 | Chrysler Financial /TD Auto Finance PO Box 9223 Farmington Hills, MI 48333 | 4247 |
| 2.10 | Santander Consumer USA PO Box 961275 Fort Worth, TX 76161 | 1000 |
| 2.7 | One Main Financial Breanne N. Glenn Bankruptcy Specialist PO Box 3251 Evansville, IN 47731 | 7378 |

## DECLARATION UNDER PENALTY OF PERJURY

Under penalty of perjury, I declare that I have read the amended summary and amended schedules filed with this declaration and that they are true and correct.

_____     Dated: __12/11/2019__
Diego L. Ospina

## CERTIFICATE OF SERVICE

I certify that on December 11, 2019 the foregoing document was served via first-class mail, postage prepaid, on the following parties:

Chrysler Financial /TD Auto Finance
PO Box 9223
Farmington Hills, MI 48333

Santander Consumer USA
PO Box 961275
Fort Worth, TX 76161

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403