**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Diego | L | Ospina |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:19-bk-05155-KSJ
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................................... $ 705,821.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................................ $ 88,795.53

   1c. Copy line 63, Total of all property on *Schedule A/B* .................................................................. $ 794,616.53

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 1,263,353.17

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $ 668,167.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................... + $ 803,298.94

   **Your total liabilities** $ 2,734,819.11

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................... $ 0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................................... $ 0.00

| Debtor 1 | Diego L Ospina | | | Case number (if known) 6:19-bk-05155-KSJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 668,167.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 668,167.00 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Diego L. Ospina,                                   Case No. 6:19-bk-05155-KSJ
                                                                 Chapter 7

      Debtor.
_____/

## AMENDED SCHEDULE E/F

The Debtor, Diego L. Ospina, amends Schedules F (Doc. 14) as follows:

1.       The following creditors are **ADDED**:

**DC & EK Holdings, LLC**
Nonpriority Creditor's Name
PO Box 940867
Number  Street

Maitland  FL  32794
City  State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____

Total claim: $387,452.96

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Guarantee of Business Debt

---

**MIS Implants Technologies, Inc.**
Nonpriority Creditor's Name
P.O. Box 3506
Number  Street

Orlando  FL  32802
City  State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____

Total claim: $5,304.01

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Guarantee of Business Debt

| Berry Town Plaza, LLC c/o Tracy Wynter, Esq. | | | | Total claim |
|---|---|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | | | $240,121.87 |
| 1556 Sixth Street SE | When was the debt incurred? | | | |
| Number          Street | | | | |
| | As of the date you file, the claim is: Check all that apply. | | | |
| Winter Haven           FL       33880 | ☐ Contingent | | | |
| City                        State    ZIP Code | ☐ Unliquidated | | | |
| Who incurred the debt? Check one. | ☐ Disputed | | | |
| ☐ Debtor 1 only | Type of NONPRIORITY unsecured claim: | | | |
| ☐ Debtor 2 only | ☐ Student loans | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | | |
| ☑ At least one of the debtors and another | | | | |
| ☐ Check if this claim is for a community debt | ☐ Debts to pension or profit-sharing plans, and other similar debts | | | |
| Is the claim subject to offset? | ☑ Other. Specify Business Debt- Guarantee of Lease; Judgment | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

2.      The following creditors are **DELETED**, because these creditors were creditors of the joint Debtor, Maria C. Ospina- Arbelaez, when the case was originally filed as Case No.: 6:18-bk-03304-KSJ and are not creditors of Diego L. Ospina:

American Medical Collection Agency
4 Westchester Plaza
Ste 110
Elmsford, NY 10523

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Amex
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Central Florida Regional Hospital
PO Box 740771
Cincinnati, OH 740771

Murphy & O'Brien, LLC
555 NE 15th Street CU 21-2T
Miami, FL 33132

Cardionet, LLC
PO Box 508
Malvern, PA 19355

IDC of Volusia, Inc.
410 Palmetto Street
New Smyrna Beach, FL 32168

Florida Hospital Pathology
PO Box 538800
Orlando, FL 32853

Florida Hospital Med Center
Patient Financial Services
PO Box 538800
Orlando, FL 32853

Jewett Orthopaedic Clinic
PO Box 1870
Cary, NC 27512

Bioreference Laboratories, Inc.
481 Edward H Ross Dr
Elmwood Park, NJ 07407

Boundary Peak Emergency Physic
c/o AR Resources, Inc.
PO Box 1056
Blue Bell, PA 19422

Preventice Services, LLC
1717 N Sam Houston Pkwy W
Ste 100
Houston, TX 77038

Revenue Recovery Corp
PO Box 50250
Knoxville, TN 37950

Gulf Coast Collection Bureau, Inc.
PO Box 21239
Sarasota, FL 34276

Synchrony Bank/Care Credit
Chi Phan- Bankruptcy Clerk
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Mayo Clinic
4500 San Pablo Rd
Jacksonville, FL 32224

Millennium Health
16981 Via Tazon
San Diego, CA 92127

Niswi, LLC
d/b/a Amplify Funding
PO Box 542
Lac Du Flambeau, WI 54538

Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

NPAS, Inc.
PO Box 99400
Louisville, KY 40269

## DECLARATION UNDER PENALTY OF PERJURY

Under penalty of perjury, I declare that I have read the amended summary and amended schedules filed with this declaration and that they are true and correct.

_____          Dated: 12/11/2019
Diego L. Ospina

## CERTIFICATE OF SERVICE

I certify that on December 11, 2019 the foregoing document was served via first-class mail, postage prepaid, on the following parties:

| | |
|---|---|
| American Medical Collection Agency<br>4 Westchester Plaza<br>Ste 110<br>Elmsford, NY 10523 | Cardionet, LLC<br>PO Box 508<br>Malvern, PA 19355 |
| Amex<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | IDC of Volusia, Inc.<br>410 Palmetto Street<br>New Smyrna Beach, FL 32168 |
| Amex<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Florida Hospital Pathology<br>PO Box 538800<br>Orlando, FL 32853 |
| Central Florida Regional Hospital<br>PO Box 740771<br>Cincinnati, OH 740771 | Florida Hospital Med Center<br>Patient Financial Services<br>PO Box 538800<br>Orlando, FL 32853 |
| Murphy & O'Brien, LLC<br>555 NE 15th Street CU 21-2T<br>Miami, FL 33132 | Jewett Orthopaedic Clinic<br>PO Box 1870<br>Cary, NC 27512 |
| Bioreference Laboratories, Inc.<br>481 Edward H Ross Dr<br>Elmwood Park, NJ 07407 | Mayo Clinic<br>4500 San Pablo Rd<br>Jacksonville, FL 32224 |
| Boundary Peak Emergency Physic<br>c/o AR Resources, Inc.<br>PO Box 1056<br>Blue Bell, PA 19422 | Millennium Health<br>16981 Via Tazon<br>San Diego, CA 92127 |
| Preventice Services, LLC<br>1717 N Sam Houston Pkwy W<br>Ste 100<br>Houston, TX 77038 | Niswi, LLC<br>d/b/a Amplify Funding<br>PO Box 542<br>Lac Du Flambeau, WI 54538 |

Revenue Recovery Corp
PO Box 50250
Knoxville, TN 37950

Gulf Coast Collection Bureau, Inc.
PO Box 21239
Sarasota, FL 34276

Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

NPAS, Inc.
PO Box 99400
Louisville, KY 40269

    I further certify that on December 11, 2019 the foregoing document along with a copy of the Amended Notice of Commencement of Case (Doc. 128), the Order and Notice Converting Case (Doc. 127), and Statement of Social Security Number were served via first-class mail, postage prepaid, on the following parties:

DC & EK Holdings, LLC
PO Box 940867
Maitland, FL 32794

MIS Implant Technologies, Inc.
P.O. Box 3506
Orlando, FL 32802

Berry Town Plaza, LLC
c/o Tracy Wynter, Esq.
1556 Sixth Street SE
Winter Haven, FL 33880

**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403